UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>    Plaintiff,<br><br>    v.<br><br>SALVADOR HIGAREDA MENDOZA dba MENDOZA'S CANDIES; MICAELA C. AGUIRRE,<br><br>    Defendants. | Case No. 1:18-cv-00378 LJO-BAM<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE FOR SALVADOR HIGAREDA MENDOZA dba MENDOZA'S CANDIES TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(Doc. 7) |

Pursuant to Local Rule 144, and for good cause being shown, the Court hereby GRANTS the parties' stipulation to extend Defendant, SALVADOR H. MENDOZA dba MENDOZA'S CANDIES, time to a File Responsive Pleading to Plaintiff's Complaint up-to and including, June 17, 2018.

IT IS SO ORDERED.

    Dated: **April 23, 2018**                  /s/ Barbara A. McAuliffe
                                                           UNITED STATES MAGISTRATE JUDGE